IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **MICHAEL KOZLOWSKI,** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| **v.** § | |
| § | **Civil Action No. 3:23-cv-00290-N** |
| **EQUIFAX INFORMATION** § | |
| **SERVICES, LLC, PROCOLLECT INC.,** § | |
| **S2 CAPITAL LLC, EXPERIAN** § | |
| **INFORMATION SOLUTIONS, INC.** § | |
| § | |
| § | |
| *Defendants*. § | |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Equifax Information Services LLC ("Defendant" or "Equifax") respectfully requests the Court to extend the deadline to answer or otherwise respond to Plaintiff's Complaint through and including March 14, 2023. The requested extension will allow Equifax to continue to investigate the allegations in Plaintiff's Complaint, as well as continue in settlement discussions with Plaintiff. Plaintiff does not oppose the Motion.

Dated: February 17, 2023

Respectfully Submitted,

*/s/ Daniel J. Olds*
**DANIEL J. OLDS**
State Bar No. 24088152
**CLARK HILL PLC**
901 Main St., Suite 6000
Dallas, TX 75202
O: (214) 654-4300
F: (214) 651-4330
Email: DOlds@clarkhill.com

*Attorneys for Defendant Equifax Information Services LLC*

### CERTIFICATE OF CONFERENCE

I certify that Defendant's counsel has conferred with Plaintiff's counsel via e-mail on February 17, 2023, regarding the relief herein and been advised that Plaintiff is unopposed to this motion.

*/s/ Daniel J. Olds*
**DANIEL J. OLDS**

### CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2023, a true and correct copy of the foregoing was served via the Court's ECF filing system on all counsel of record.

*/s/ Daniel J. Olds*
**DANIEL J. OLDS**